UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VINCE DEMARIA,

                                        Plaintiff,                              23-CV-03627 (PAE)(SN)

            -against-                                     **ORDER**

NEW YORK STATE UNIFIED
COURT SYSTEM, et al.,

                                        Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court scheduled a conference for today to discuss the status of discovery. Defendants appeared, but Plaintiff did not. By June 13, 2024, Plaintiff shall email Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov, with defense counsel on the email, to reschedule.

**SO ORDERED.**

                                                                               SARAH NETBURN
                                                                               United States Magistrate Judge

DATED:       June 11, 2024
                  New York, New York

cc:          Vince Demaria
              vdemaria@nycourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2024