```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VINCE DEMARIA,

                      Plaintiff,                  23-CV-03627 (PAE)(SN)

    -against-                                 **ORDER**

NEW YORK STATE UNIFIED
COURT SYSTEM, et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court recommends that Plaintiff, proceeding *pro se*, contact the New York Legal Assistance Group ("NYLAG") Legal Clinic for *Pro Se* Litigants for guidance with the discovery process. NYLAG's Clinic can be reached at 212-659-6190. Additional information on the Clinic is attached.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       June 20, 2024
                 New York, New York