UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VINCE DEMARIA,

                       Plaintiff,                    23-CV-03627 (PAE)(SN)

       -against-                              **ORDER**

NEW YORK STATE UNIFIED COURT
SYSTEM, et al.,

                       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the close of discovery on February 21, 2025, the parties should discuss whether a settlement conference would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. If the parties wish to schedule a settlement conference, they should email Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov and propose three dates when all parties are available.

SO ORDERED.

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:      February 25, 2025
                 New York, New York