UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VINCE DEMARIA,

                              Plaintiff,                    23-CV-03627 (PAE)(SN)

     -against-                                              **ORDER**

NEW YORK STATE UNIFIED COURT
SYSTEM, et al.,

                              Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     On February 25, 2025, the parties were directed to contact the Court if a settlement conference would be productive at this time. The Court has not received any correspondence from the parties. Accordingly, if either party intends to move for summary judgment, they shall file a request for a pre-motion conference with Judge Engelmayer no later than Friday, March 14, 2025.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     March 7, 2025
                New York, New York