UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VINCE DEMARIA,

         Plaintiff,

   -v-

N.Y.S. UNIFIED COURT SYSTEM *et al.*,

         Defendants.

23 Civ. 3627 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

  For the reasons stated on the record at today's pre-motion conference, the Court hereby sets the following schedule and deadlines:

- The parties' joint stipulated facts ("JSF") are due April 25, 2025.
- Any motions for summary judgment are due May 16, 2025.
- Any oppositions to summary judgment are due May 30, 2025.
- Any replies in support of summary judgment are due June 13, 2025.
- Oral argument is scheduled for Tuesday, June 17, 2025 at 2 p.m. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 9, 2025
   New York, New York