UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCE DEMARIA,<br><br>                        Plaintiff,<br>      -v-<br><br>NEW YORK STATE UNIFIED COURT SYSTEM *and*<br>NEW YORK STATE OFFICE OF COURT ADMINISTRATION,<br><br>                       Defendants. | 23 Civ. 3627 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      Earlier today, the Court granted in part and denied in part the parties' cross-motions for summary judgment. Dkt. 79. The Court's intention is to promptly schedule the trial in this case. The Court directs the parties promptly to confer, and, by August 15, 2025, to submit a joint letter estimating the length of a jury trial and identifying any dates between September 22, 2025 and December 19, 2025 that are categorically unavailable due to preexisting commitments, and specifying the nature of any such commitments. The Court further directs the parties, by September 12, 2025, to submit a joint pretrial order consistent with the Court's Individual Rules governing jury trials. Any motions *in limine* are due on the same date as the joint pretrial order; opposition briefs are due one week later.

      SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              Paul A. Engelmayer
                                                              United States District Judge

Dated: August 8, 2025
       New York, New York