**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

VINCE DEMARIA,

                                    Plaintiff,                              **23-CV-03627 (PAE)(SN)**

                    -against-                                                          **ORDER**

**NEW YORK STATE UNIFIED COURT**
**SYSTEM, et al.,**

                                    Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2025

**SARAH NETBURN, United States Magistrate Judge:**

        In light of Judge Engelmayer's August 8, 2025 decision, the parties shall meet and

confer whether a settlement conference would be productive at this time. If the parties wish to

schedule a settlement conference, they should email Courtroom Deputy Diljah Shaw at

diljah_shaw@nysd.uscourts.gov and propose three dates when all parties are available. Due to

the Court's busy calendar, settlement conferences must generally be scheduled at least four to

six weeks in advance.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        August 11, 2025
              New York, New York