

**NEW YORK STATE**
Unified Court System

OFFICE OF COURT ADMINISTRATION

**HON. JOSEPH A. ZAYAS**
CHIEF ADMINISTRATIVE JUDGE

**HON. NORMAN ST. GEORGE**
FIRST DEPUTY CHIEF ADMINISTRATIVE JUDGE

**DAVID NOCENTI**
COUNSEL

August 15, 2025

GRANTED.

SO ORDERED.

**BY ELECTRIC CASE FILING**

The Honorable Paul A. Engelmayer
United State District Court
 Southern District of New York
 United State Courthouse
40 Foley Square
New York, New York 10007

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

August 18, 2025
New York, New York

Re:    **DeMaria v. N.Y.S. Unified Court System**
        23 CV 03627 (PAE) (U.S. Dist. Ct., S.D.N.Y.)

Dear Judge Engelmayer:

        We represent defendants New York State Unified Court System and New York State Office of Court Administration (collectively, "UCS") in the above-referenced action.  Plaintiff's counsel and this office submit this joint application for a one-week extension of the deadline established by you order dated August 8, 2025 [ECF Doc. 80] for submission of a joint letter setting forth the estimated time for a jury trial of this matter and dates of unavailability due to preexisting commitments during the period of September 22 through December 19, 2025.  Due to the current vacation season, this office has been unable to ascertain the unavailability of all UCS witnesses and assigned counsel by the August 15 deadline.  We expect to be able to obtain that information next week for submission of a joint letter by Friday, August 22, 20205.  We therefore respectfully request an extension of the submission deadline to Friday, August 22, 2025.

                Very truly yours,

                _Pedro Morales_

                Pedro Morales
                Assistant Deputy Counsel

cc:    Jack R. Spitz, Esq. (by electronic case filing)