

**NEW YORK STATE**
Unified Court System

OFFICE OF COURT ADMINISTRATION

**HON. JOSEPH A. ZAYAS**
CHIEF ADMINISTRATIVE JUDGE

**HON. NORMAN ST. GEORGE**
FIRST DEPUTY CHIEF ADMINISTRATIVE JUDGE

**DAVID NOCENTI**
COUNSEL

August 26, 2025

**BY ELECTRIC CASE FILING**

The Honorable Paul A. Engelmayer
United State District Court
Southern District of New York
United State Courthouse
40 Foley Square
New York, New York 10007

GRANTED.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

August 26, 2025
New York, New York

Re:    **DeMaria v. N.Y.S. Unified Court System**
       <u>23 CV 03627 (PAE) (U.S. Dist. Ct., S.D.N.Y.)</u>

Dear Judge Engelmayer:

We represent defendants New York State Unified Court System and New York State Office of Court Administration (collectively, "UCS") in the above-referenced action. I write to request an extension of the deadline established by your order dated August 25, 20205 [ECF Doc. 85] for submission of possible trial dates as well as substantiation for the unavailability of counsel or witnesses due to pre-existing commitments. I am scheduled for carpal tunnel surgery on my left wrist tomorrow at NYU Langone Medical Center and will be unable to complete the letter by tomorrow's deadline. I respectfully request an extension of the submission deadline to Friday, August 29, 2025. Counsel for plaintiff consents to the extension.

Very truly yours,

_Pedro Morales_

Pedro Morales
Assistant Deputy Counsel

cc:    Jack R. Spitz, Esq. (by electronic case filing)