# Siri | Glimstad

sirillp.com

NEW YORK | LOS ANGELES | MIAMI | PHOENIX
DETROIT | AUSTIN | CHARLOTTE | WASHINGTON D.C.

September 5, 2025

Jack R. Spitz, Esq.
jspitz@sirillp.com
Direct: (609)-442-7593

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court, Southern District of New York
40 Foley Square, Room 430
New York, New York, 10007

Re:    **DeMaria v. NY State Unified Court System, No.: 1:23-cv-03627-PAE-SN**

Dear Judge Engelmayer:

Defense counsel, for the first time in this litigation, has advised Plaintiff that it is seeking agency authorization for settlement authority in this matter to respond to Plaintiff's settlement demand made on July 2, 2025 (supplemented with additional information on attorney fees and costs on August 21, 2025). Defense counsel had advised that this process will take approximately four weeks to get authorization from the Office of Court Administration for compensatory damages and from the Office of the Attorney General for compensation for alleged emotional distress and attorney fees. As such, in an attempt to save judicial resources, the parties seek to adjourn all deadlines, including those set for September 12, 2025, in an effort to seek amicable resolution to this matter.

In light of Defense counsel's representations to Plaintiff, the parties also request that a settlement conference be scheduled and will email the Courtroom Deputy with three proposed dates in October to conduct a settlement conference. In light of the time required for a settlement conference, the parties respectfully request the court adjourn all deadlines and set a date in 45 days for the parties to inform the Court by joint letter as to the progress of settlement negotiations.

Finally, Plaintiff's counsel's prior obligations in *Greg Scott v. Transocean Offshore Deepwater Drilling, Inc.*, 4:24-cv-01916 are no longer an issue as the case has been stayed by the Court, but it has been scheduled for mediation on October 7, 2025.

GRANTED. The Court hereby stays the joint pretrial order deadline of September 12, 2025 by six weeks, until October 24, 2025, and orders the parties, by September 10, 2025, to jointly file a letter on the docket proposing three dates in early October for a settlement conference.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

September 5, 2025
New York, New York

Respectfully submitted,

/s/ Jack R. Spitz
Jack R. Spitz, Attorney
**Siri & Glimstad LLP**
8 Campus Drive, Suite 105 PMB #161
Main: 609-442-7593
Email: jspitz@sirillp.com