# Siri | Glimstad

sirillp.com | NEW YORK | LOS ANGELES | MIAMI | PHOENIX
DETROIT | AUSTIN | CHARLOTTE | WASHINGTON D.C.

October 23, 2025

Jack R. Spitz, Esq.
jspitz@sirillp.com
Direct: (609)-442-7593

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court, Southern District of New York
40 Foley Square, Room 430
New York, New York, 10007

Re:   **DeMaria v. NY State Unified Court System, No.: 1:23-cv-03627-PAE-SN**

Dear Judge Engelmayer:

Your Honor ordered us to file the executed settlement agreement and release on the docket tomorrow. I have spoken with my client and he has a meeting with an accountant that he would like to complete before he executes the agreement. As such, Plaintiff's counsel would respectfully request a one-week extension to file the fully executed settlement agreement and release on the docket. Plaintiff's counsel has advised Defense counsel of this request and Defense counsel has consented to same.

Respectfully submitted,

/s/ Jack R. Spitz
Jack R. Spitz, Attorney
**Siri & Glimstad LLP**
8 Campus Drive, Suite 105 PMB #161
Main: 609-442-7593
Email: jspitz@sirillp.com

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

October 24, 2025
New York, New York