# Siri | Glimstad

sirillp.com | NEW YORK | LOS ANGELES | MIAMI | PHOENIX
DETROIT | AUSTIN | CHARLOTTE | WASHINGTON D.C.

October 31, 2025

Jack R. Spitz, Esq.
jspitz@sirillp.com
Direct: (609)-442-7593

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court, Southern District of New York
40 Foley Square, Room 430
New York, New York, 10007

   **Re:**  **DeMaria v. NY State Unified Court System, No.: 1:23-cv-03627-PAE-SN**

Dear Judge Engelmayer:

  Your Honor ordered us to file the executed settlement agreement and release on the docket and granted a one-week extension to today. Mr. DeMaria had trouble getting the document notarized today and will do so over the weekend. I will file the signed release Monday. As such, Plaintiff requests another brief extension to file the signed release. Plaintiff's counsel has advised Defense counsel of this request and Defense counsel has consented to same.

              Respectfully submitted,

              /s/ Jack R. Spitz
              Jack R. Spitz, Attorney
              **Siri & Glimstad LLP**
              8 Campus Drive, Suite 105 PMB #161
              Main: 609-442-7593
              Email: jspitz@sirillp.com

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

October 31, 2025
New York, New York