UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCE DEMARIA,

                              Plaintiff,                     23 Civ. 3627 (PAE)

-v-

                                                         ORDER

NEW YORK STATE UNIFIED COURT SYSTEM and
NEW YORK STATE OFFICE OF COURT
ADMINISTRATION

                            Defendants.

PAUL A. ENGELMAYER, District Judge:

      On October 15, 2025, the Court held a settlement conference in the above-captioned case. After the parties reached a settlement in principle, the Court ordered that, by October 24, 2025, the parties file with the Court an executed settlement agreement and release. On October 24, 2025, the Court granted the parties' request for a one-week extension to file these materials. Dkt. 97. On October 31, 2025, the parties requested a further extension, in which plaintiff's counsel represented: "I will file the signed release Monday [November 3]." Dkt. 98. On October 31, 2025, the Court granted this extension, providing the parties until Monday, November 3, 2025 to file the executed materials. Dkt. 99. As of November 5, 2025, nothing has been filed with the Court.

      Accordingly, it is hereby ORDERED that plaintiff shall submit by November 6, 2025 a copy of the executed settlement agreement and the release. If either document has not been executed, the Court orders the parties to each submit a one-page letter by November 7, 2025 explaining why they have failed to comply with the Court's prior order. The Court does not invite replies.

1

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 5, 2025
       New York, New York